IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

FREDERICK E. DAVIS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-2709
LT Case No. 2017-302271-CFDB

_____/

Decision filed July 11, 2023

Appeal from the Circuit Court
for Volusia County,
Matthew M. Foxman, Judge.

Frederick E. David, Crawfordville, Pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, JAY and KILBANE, JJ., concur.